FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL -7 2015

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:15 CR 00140 JM |
| v. | |
| GERARDO IRIANTE, aka ED, | 18 U.S.C. § 4 |
| DAVID EDUARDO VERDUZCO, | 21 U.S.C. § 841(a)(1) |
| ADRIAN ANTONIO URQUIDEZ-CECENA, and | 21 U.S.C. § 846 |
| TARA LONG | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Beginning in or about June 2013, and continuing through on or about July 2, 2015, in the Eastern District of Arkansas, and elsewhere,

GERARDO IRIANTE, aka ED,
DAVID EDUARDO VERDUZCO, and
TARA LONG,

defendants herein, conspired and agreed with each other, and with others, to knowingly and intentionally possess with intent to distribute and to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

With respect to GERARDO IRIANTE, aka ED, DAVID EDUARDO VERDUZCO, and TARA LONG, the amount of controlled substances involved in the conspiracy attributable to each defendant as a result of the defendant's own conduct and the conduct of other co-conspirators reasonably foreseeable to the defendant is 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of Title 21, United States Code, Section 846 and Title 21, United States Code, Section 841(b)(1)(A).

## COUNT TWO

On or about June 3, 2015, in the Eastern District of Arkansas, and elsewhere,

DAVID EDUARDO VERDUZCO and
TARA LONG,

defendants herein, knowingly and intentionally possessed with intent to distribute and distributed a controlled substance, namely, 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT THREE

On or about July 1, 2015, in the Eastern District of Arkansas, and elsewhere,

GERARDO IRIANTE, aka ED,

defendant herein, knowingly and intentionally possessed with intent to distribute and distributed a controlled substance, namely, 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT FOUR

On or about July 1, 2015, in the Eastern District of Arkansas, and elsewhere,

DAVID EDUARDO VERDUZCO,

defendant herein, knowingly and intentionally possessed with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT FIVE

On or about July 1 and 2, 2015, in the Eastern District of Arkansas, and elsewhere,

ADRIAN ANTONIO URQUIDEZ-CECENA,

defendant herein, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, conspiracy to possess with intent to distribute and to distribute a controlled substance, as set forth in Count One of this Indictment, a violation of Title 21, United States Code, Section 846, did conceal and did not as soon as possible make known the same to some judge or other person in civil authority under the United States;

In violation of Title 18, United States Code, Section 4.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]