# MEMORANDUM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 30 2015

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

**DATE:** 7-29-15

**TO:** Criminal Docket Clerk

**FROM:** Laura Yancey
U.S. Marshals Service

**RE:** Defendant in custody of U.S. Marshals Service on charges out of the Eastern District of Arkansas.

_____   Deft. taken into U.S. Marshal Service custody on a detainer
(Date)    from _____.

7-29-15   Deft. taken into U.S. Marshal Service custody on a Warrant of
(Date)    Removal.

_____   Deft. taken into U.S. Marshal Service custody on a Return
(Date)    Psychiatric Study.

_____   Deft. returned to custody of _____
(Date)                                           (State)

_____   Deft. returned to custody of _____
(Date)                                        (Another District)

CASE NO. 4:15CR00140-2 JM

DEFENDANT'S NAME David Eduardo Verduzco